UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
NAVINORD S.A.,

                      Plaintiff,

-against-                           09 Civ. 3761 (LAK)

EASTBOURNE MARITIME LIMITED, et al.,

                      Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff shall show cause, on or before November 10, 2009, why the process of maritime attachment previously issued in this action should not be vacated or modified and the action dismissed in light of *Shipping Corp. of India Ltd. v. Jaldhi Overseas Pte Ltd.*, Nos. 08-3477-cv(L), 08-3758-cv(XAP), (2d Cir. Oct. 16, 2009).

        SO ORDERED.

Dated:     October 26, 2009

                                                    Lewis A. Kaplan
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 10/26/09